
1  SHAHAB FOTOUHI – Bar No. 168301
   DANIEL P. DEAN -- Bar No. 161028
2  FOTOUHI EPPS HILLGER GILROY MAU PC
   A Professional Law Corporation
3  180 Sansome Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: (415) 362-9300
   Facsimile: (415) 358-5521
5  Email: ddean@fe-law.com

6  Attorneys for Creditor/Plaintiff Richard Nace

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Najebullah Omeryar,                )   Bankruptcy No. 11-48643
                                          )
              Debtor,                     )   Chapter 7
                                          )
_____)   Adversarial Proceeding No.
                                          )   11-04287
RICHARD NACE,                             )
                                          )
              Creditor/Plaintiff          )   MOTION FOR DEFAULT
                                          )   JUDGMENT
vs.                                       )
                                          )   Date:    August 29, 2012
NAJEBULLAH OMERYAR,                       )   Time:    10:30 a.m.
                                          )   Room:    220
              Debtor                      )
                                          )   Judge William Lafferty
_____)

　　　　Creditor/Plaintiff hereby moves this Court for a default judgment.

　　　　Debtor Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co. was served on February 27, 2012, via substitute service, with the Alias Summons And Notice of Status Conference In An Adversary Proceeding, Complaint, Order re: Initial Disclosures and Discovery Conference, Adversary Proceeding Cover Sheet. The proof of service was filed with this Court on March 2, 2012.

　　　　Debtor did not respond or appear in this matter. The Court Clerk entered a default as to Debtor on April 13, 2012.

//

In support of this motion for default judgment, Plaintiff previously filed the Declaration of Plaintiff Richard Nace In Support Of Default Judgment and the Declaration of Daniel P. Dean In Support Of Default Judgment. Said declarations set forth the facts of the case and the details of Plaintiff's damages.

Generally, Plaintiff worked for Debtor as a taxi cab driver. From the beginning of his employment (August 3, 2009) through the date of discharge (June 25, 2010), Debtor continuously, willfully and maliciously discriminated against and harassed Plaintiff. After Plaintiff complained, Debtor retaliated by continuing the discrimination and harassment. Further, on September 20, 2010, Debtor punched Plaintiff in the head/face/neck over a fare dispute while Plaintiff was working for another taxicab company. Plaintiff received medical treatment for his injuries at the emergency room of Contra Costa Medical Center.

As a result of Debtor's willful and malicious conduct, Plaintiff suffered lost wages and emotional distress/pain and suffering. Plaintiff incurred attorney fees and costs. Since Debtor's conduct was willful and malicious, Plaintiff is entitled to punitive damages.

Plaintiff respectfully requests a default judgment against Debtor Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co. in the following amount:

| | |
|---|---|
| Lost wages: | $3,675. |
| Pain and suffering/emotional distress: | $300,000 |
| Punitive damages: | $300,000 |
| Attorney fees: | $9,840 |
| Litigation costs: | $2,385.65 |
| Total: | $615,900.65 |

(Plus interest and any other relief the Court deems proper.)

Counsel for Plaintiff served this motion, the notice, the declarations and the proposed order on Debtor via U.S. first class mail on July 11, 2012. Debtor's bankruptcy attorney is not representing Debtor in this adversarial proceeding, but out of an abundance of caution, counsel for Plaintiff also served this motion, the notice, the declarations and the proposed

//

order on Debtor's bankruptcy attorney via U.S. first class mail on July 11, 2012.

Debtor is not a minor or incompetent. Debtor is not in the military service.

Dated: July 11, 2012

FOTOUHI EPPS HILLGER GILROY MAU PC

By /s/ Daniel P Dean
Daniel P. Dean
Attorneys for Creditor/Plaintiff
Richard Nace

Motion for Default Judgment
Z:\DPD\Cases\Nace-BK\Motion-JUT.wpd

Case: 1:1004287   Doc#: 34   Filed: 07/12/12   Entered: 07/12/12 13:00:47   Page 3 of 3

Page 3 of 3