1  SHAHAB FOTOUHI – Bar No. 168301
2  DANIEL P. DEAN -- Bar No. 161028
   FOTOUHI EPPS HILLGER GILROY MAU PC
3  A Professional Law Corporation
   180 Sansome Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: (415) 362-9300
   Facsimile: (415) 358-5521
5  Email: ddean@fe-law.com

6  Attorneys for Creditor/Plaintiff Richard Nace

7

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  In Re: Najebullah Omeryar,                 )   Bankruptcy No. 11-48643
                                               )
12                        Debtor,              )   Chapter 7
                                               )
13  _____           )   Adversarial Proceeding No.
                                               )   11-04287
14  RICHARD NACE,                              )
                                               )
15                        Creditor/Plaintiff   )   ADDITIONAL DECLARATION OF
                                               )   DANIEL P. DEAN IN SUPPORT OF
16  vs.                                        )   DEFAULT JUDGMENT
                                               )
17  NAJEBULLAH OMERYAR,                        )   Date:    August 29, 2012
                                               )   Time:    10:30 a.m.
18                        Debtor               )   Dept:    220
                                               )
19  _____           )

20         I, Daniel P. Dean, declare:

21         1.      I am an attorney duly licensed to practice law in the State of California and am

22  senior counsel at the law firm of Fotouhi Epps Hillger Gilroy Mau PC, counsel for

23  Creditor/Plaintiff Richard Nace in the above-captioned case.  I have personal knowledge of

24  the matters set forth herein and if called upon as a witness could competently testify thereto.

25  I provide this Additional Declaration in Support of Default Judgment.

26         2.      Debtor Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co. is not

27  a minor or incompetent.

28         3.      Debtor Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co. is not

1  in the military service. I confirmed this with the Defense Manpower Data Center Military

2  Verification's website.

3      I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct. Executed this ⟨⟨ day of July 2012, in San Francisco,

5  California.

6

7                                         Daniel P. Dean

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Additional Declaration of Daniel P. Dean in Support of Default Judgment