Franklin J. Love, Bar #80334
800 South Barranca Avenue, Suite 100
Covina, Ca. 91723

(626) 653-0455

Attorney for Assignee,
Creative Recovery Concepts, Inc.

FILED
MAY 9 2016
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

LM 11:36 a.m.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Najebullah Omeryar )   CASE NO. 11-48643
)
   Debtor )   CHAPTER 7
)
)   ADVERSARY NO. 11-04287
RICHARD NACE )
)   ASSIGNMENT OF JUDGMENT
   Plaintiff )
)
vs. )
)
NAJEBULLAH OMERYAR )
)
   Defendant )

For valuable consideration, Richard Nace, Plaintiff, whose address is 2145 San Ramon Valley Boulevard, Unite S-4325, San Ramon, California 94583, assigns unto Creative Recovery Concepts, Inc., 8598 Utica Avenue, Suite 200, Rancho Cucamonga, California 91730, all right, title and interest in the Judgment entered by this Court on September 13, 2012 in the sum of $265,975.65 and against, Defendant, Nahebullah Omeryar aka Tony Omeyar aka Valey Cab Co, 1339 Pine Street, #F, Walnut Creek, California 94596.

Dated: 05-04-16

_R. Nace_
RICHARD NACE
PLAINTIFF

PLEASE SEE ATTACHED NOTARY

ASSIGNMENT OF JUDGMENT                    -1-

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __CONTRA COSTA__

On _MAY 4th 2016_ before me, _MUKESH P. PATEL_, NOTARY PUBLIC,  
     Date                                      Here Insert Name and Title of the Officer  
personally appeared _RICHARD NACE_  
                                 Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Mukesh P. Patel_  
                        Signature of Notary Public

[Notary Seal: MUKESH P. PATEL, COMM. # 2023222, NOTARY PUBLIC • CALIFORNIA, CONTRA COSTA COUNTY, Comm. Expires MAY 4, 2017]

Place Notary Seal Above

---------- **OPTIONAL** ----------

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**  
Title or Type of Document: _Assignment of Judgment, Case # 11-48643_   Adversary # 11-04287  
Document Date: _MAY 4th 2016_      Number of Pages: _One_  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _RICHARD NACE_  
☐ Corporate Officer — Title(s): _____  
☐ Individual  
☐ Partner — ☐ Limited ☐ General  
☐ Attorney in Fact  
☐ Trustee  
☐ Guardian or Conservator  
☒ Other: _Plaintiff_  
Signer Is Representing: _Self_

Signer's Name: _____  
☐ Corporate Officer — Title(s): _____  
☐ Individual  
☐ Partner — ☐ Limited ☐ General  
☐ Attorney in Fact  
☐ Trustee  
☐ Guardian or Conservator  
☐ Other: _____  
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

Case: 11-04287   Doc# 55   Filed: 05/09/16   Entered: 05/09/16 15:57:08   Page 2 of 3

PROOF OF SERVICE BY MAIL—1013.A, 2015.5 C.C.P.

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of Eighteen and not a party to the within entitled action; my business address is:

800 South Barranca Avenue, Suite 100, Covina, California 91723;

On May 6, 2016, I served the within

ASSIGNMENT OF JUDGMENT;

On the Defendants in said action, by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, in the United States Mail at Covina, California addressed as follows:

Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co.
1339 Pine Street #F
Walnut Creek, CA 94596

I declare under penalty of perjury that the foregoing is true and correct. Executed at Covina, California on May 6, 2016.

_____
MARICEL ALCOCER

PROOF OF SERVICE BY MAIL