MC-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Franklin J. Love, Bar #80334<br>800 South Barranca Avenue<br>Suite 100<br>Covina, CA 91723<br>TELEPHONE NO.: 626-653-0455    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | LM 11:36AM<br><br>**FILED**<br>MAY 9 2016<br>BANKRUPTCY COURT<br>OAKLAND, CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States Bankruptcy Court<br>STREET ADDRESS: 1300 Clay Street<br>MAILING ADDRESS: PO Box 2070<br>CITY AND ZIP CODE: Oakland, CA 94604<br>BRANCH NAME: Northern District of California | |
| CASE NAME:<br>Richard Nace v. Najebullah Omeryar | |
| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>AP: 11-04287 (BK: 11-48643) |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name): Richard Nace    makes the following substitution:

1. Former legal representative  [✓] Party represented self  [ ] Attorney (name):
2. New legal representative  [ ] Party is representing self  [ ] Attorney
   a. Name: Franklin J. Love                b. State Bar No. (if applicable): 80334
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      800 South Barranca Avenue, Suite 100, Covina, CA 91723

   d. Telephone No. (include area code): 626-653-0455
3. The party making this substitution is a   [✓] plaintiff  [ ] defendant  [ ] petitioner  [ ] respondent  [ ] other (specify):

---

**NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES**

- Guardian
- Conservator
- Trustee
- Personal Representative
- Probate fiduciary
- Corporation
- Guardian ad litem
- Unincorporated association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

**NOTICE TO PARTIES WITHOUT ATTORNEYS**

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: May 4, 2016
   Richard Nace
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF PARTY)

5. [✓] I consent to this substitution.
   Date: May 4, 2016
   Richard Nace
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF FORMER ATTORNEY)

6. [✓] I consent to this substitution.
   Date: May 4, 2016
   Franklin J. Love
   (TYPE OR PRINT NAME)                                              (SIGNATURE OF NEW ATTORNEY)

(See reverse for proof of service by mail)                                                       Page 1 of 2

Form Adopted For Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]
SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)
Code of Civil Procedure, §§ 284(1), 285;
Cal. Rules of Court, rule 3.1362
www.courtinfo.ca.gov

| CASE NAME: Richard Nace Assigned to Creative Recovery v. Najebullah Omeryar | CASE NUMBER: A.P. #11-04287, Bank. 11-48643 |
|---|---|

## PROOF OF SERVICE BY MAIL
### Substitution of Attorney—Civil

**Instructions:** *After having all parties served by mail with the Substitution of Attorney—Civil, have the person who mailed the document complete this Proof of Service by Mail. An <u>unsigned</u> copy of the Proof of Service by Mail should be completed and served with the document. Give the Substitution of Attorney—Civil and the completed Proof of Service by Mail to the clerk for filing. If you are representing yourself, someone else must mail these papers and sign the Proof of Service by Mail.*

1. I am over the age of 18 and **not a party to this cause.** I am a resident of or employed in the county where the mailing occurred. My residence or business address is *(specify)*:

   800 South Barranca Avenue, Suite 100, Covina, CA 91723

2. I served the Substitution of Attorney—Civil by enclosing a true copy in a sealed envelope addressed to each person whose name and address is shown below and depositing the envelope in the United States mail with the postage fully prepaid.

   (1) Date of mailing: 05/06/2016        (2) Place of mailing *(city and state)*: Covina, California

3. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 05/06/2016

Maricel Alcocer
(TYPE OR PRINT NAME)                                        (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

4. a. Name of person served: Najebullah Omeryar aka Tony Omeyar aka Valley Cab Co
   b. Address *(number, street, city, and ZIP)*:
   1339 Pine Street, #F, Walnut Creek, CA 94596

   c. Name of person served:
   d. Address *(number, street, city, and ZIP)*:

   e. Name of person served:
   f. Address *(number, street, city, and ZIP)*:

   g. Name of person served:
   h. Address *(number, street, city, and ZIP)*:

   i. Name of person served:
   j. Address *(number, street, city, and ZIP)*:

   ☐ List of names and addresses continued in attachment.